PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Alberto Pla**     Docket No. 09-6018 / 09-709

### Petition for Action on Conditions of Pretrial Release

COMES NOW, **Elizabeth Auson,** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Alberto Pla,** who was placed under pretrial release supervision on June 2, 2009 by the **Honorable Michael A. Shipp, U.S. Magistrate Judge** sitting in the Court at 50 Walnut Street, Newark, New Jersey under the following conditions:

A $200,000 unsecured appearance bond co-signed by his former employer, Sergio Zequeira, cousin's wife, Deborah Gonzalez, and girlfriend, Grisel Companioni along with the following conditions:

1. Pretrial Services supervision;
2. The defendant's girlfriend, Grisel Companioni is to serve as third party custodian and the defendant is to reside with the third party unless otherwise approved in advance by Pretrial Services;
3. The defendant shall be placed on home detention with electronic monitoring, and will remain at his residence at all times except for the following reasons: attorney visits; court appearances; medical treatment; religious services, and stationary and verifiable employment. The defendant shall pay all or part of the cost of electronic monitoring, based upon his ability to pay as determined by the Court and Pretrial Services;
4. Surrender passport and not re-apply for additional travel documents;
5. Travel is restricted to New Jersey unless otherwise approved by Pretrial Services in advance.

On September 11, 2009, the defendant was removed from electronic monitoring and a condition that he submit to a mental health evaluation and treatment was imposed. On October 6, 2009, the defendant appeared before Your Honor for an arraignment at which time, he entered a not guilty plea and trial was initially scheduled for November 23, 2009.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER: **Bail review hearing to be scheduled.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this  4th  day of January, 2010 and ordered filed and made a part of the records in the above case. | Executed on December 31, 2009 |
| *[signature]* | *[signature]* |
| Honorable Katharine S. Hayden  U.S. District Judge | Elizabeth Auson  U.S. Pretrial Services Officer |

Bail review hearing scheduled for 1/12/10 @ 4:00 p.m.