UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-CR-0709 |
| v. | : | Hon. Katharine S. Hayden |
| ALBERTO PLA | : | <u>BAIL MODIFICATION ORDER</u> |

This matter having been opened to the Court on petition for a bail modification, the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Rodney C. Villazor, Assistant United States Attorney, appearing), and Alexander Booth, Esq., attorney for defendant Alberto Pla, appearing, for an order pursuant to Title 18, United States Code, Section 3142(c)(3), modifying the conditions of pretrial release of defendant Pla pending trial in the above-entitled matter, and the Court having held a hearing thereon on January 12, 2010, the Court makes the following findings:

1. Defendant Pla was arrested on December 19, 2009 for various state violations involving driving while intoxicated;

2. Defense counsel for defendant Pla alerted the Assistant U.S. Attorney and Pretrial Services shortly thereafter of the incident.

Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds that the

following modification of conditions will reasonably assure the appearance of defendant Pla as required.

IT IS, therefore, on this 13th day of January, 2010,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Pla be:

(1) Placed under curfew with electronic monitoring with hours subject to Pretrial Services' discretion. Defendant Pla shall pay all or part of the costs of monitoring based on his ability to pay as determined by the Court and Pretrial Services;

(2) Required to participate in drug and alcohol testing and treatment as deemed appropriate by Pretrial Services; and

(3) Required to refrain from excessive use of alcohol.

All other remaining conditions of bail supervision remain in effect.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge