UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Criminal No.: 09-709 |
| v. | : |
| ALBERTO PLA, | : **CONSENT ORDER** |
| | : **FOR BAIL MODIFICATION** |
| Defendant. | : |

---

**THIS MATTER** having been opened to the Court by Alexander W. Booth, Attorney for Alberto Pla asking for an amendment to bail conditions. Rodney Villazor, AUSA and Kelly G. Domingues, United States Pretrial Services having no objection, and for good cause shown;

**IT IS** on this 26th day of April, 2010

**ORDERED** that Mr. Alberto Pla's conditions of bail be amended to enable him to work as a sales representative at El Loco Loco Fashions located at 1386 St Nicholas Ave., New York, New York (212-781-4295) during business hours as approved by Pretrial Services and; it is further

**ORDERED** all other conditions of bail will remain in effect.

KATHARINE S. HAYDEN, U.S.D.J

1